```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION
IN RE:                                          CASE NO. 04 B 01869
   DENNIS A EIS
                                                CHAPTER 13

                                                JUDGE: A. BENJAMIN GOLDGAR

         Debtor
   SSN XXX-XX-1236
```

---
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
---

   Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1.  The case was filed on 01/16/04 and confirmed on 03/05/04.

   2.  The plan is paid in full.

   3.  The Debtor paid a total of $  47316.72 .

   4.  The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---:|---:|---:|
| BANK ONE | SECURED | 7600.00 | 411.77 | 7600.00 |
| ORANGE LAKE RESORT | UNSECURED | 6415.54 | .00 | 4490.88 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 832.64 | .00 | 582.85 |
| CAPITAL ONE FINANCIAL | UNSECURED | 354.25 | .00 | 247.98 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 5907.69 | .00 | 4135.38 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 6848.37 | .00 | 4793.86 |
| COMPASS BANK | UNSECURED | 7770.04 | .00 | 5439.03 |
| NEXCOM | UNSECURED | 3630.94 | .00 | 2541.66 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 5001.75 | .00 | 3501.23 |
| NAVY FEDERAL CU | UNSECURED | 4324.06 | .00 | 3026.84 |
| NAVY FEDERAL CU | UNSECURED | 1264.08 | .00 | 884.86 |
| SALLIE MAE SERVICING COR | UNSECURED | .00 | .00 | .00 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 4965.47 | .00 | 3475.83 |
| ROUNDUP FUNDING LLC | UNSECURED | 103.87 | .00 | 72.71 |
| BANK ONE | UNSECURED | 2739.50 | .00 | 1917.65 |

   Summary of disbursements:

| | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---:|---:|---:|---:|---:|
| TOTAL CLMS ALLOWED | 7600.00 | .00 | 50158.20 | .00 | 57758.20 |
| PRINCIPAL PAID | 7600.00 | .00 | 35110.76 | .00 | 42710.76 |
| INTEREST PAID | 411.77 | .00 | .00 | .00 | 411.77 |
| TOTAL PAID | 8011.77 | .00 | 35110.76 | .00 | 43122.53 |

The Debtor's attorney, PETER FRANCIS GERACI              , was allowed $  2700.00
and was paid $   1000.00  direct and $   1700.00  through the plan.

The Trustee received $   2005.38 .

Refunds to the Debtor totaled $    488.81 .

   Wherefore, the Trustee requests an order be entered discharging

the Trustee and the surety on his bond from any further liability in this case.

Dated: 06/23/08                         /S/
                                        GLENN STEARNS
                                        CHAPTER 13 TRUSTEE